3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**PAUL RUPERTO MORALES II,**

Defendant.

_____/

Case:2:12-cr-20137
Judge: Cox, Sean F.
MJ: Grand, David R.
Filed: 02-29-2012 At 03:00 PM
INFO USA V PAUL RUPERTO MORALES II
(EB)

VIOLATION: 29 U.S.C. § 439(a): Failure to Maintain Union Records

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (29 U.S.C. § 439(a) – Failure to Maintain Union Records)

From on or about April 13, 2006 to March 20, 2007, in the Eastern District of Michigan and elsewhere, the defendant **Paul Ruperto Morales II,** while an officer, that is Treasurer of United Transportation Union Local 1477, a labor organization within the meaning of 29 U.S.C. 402(i) and 402 (j), did knowingly and willfully fail to maintain any records of cash withdrawals made by him resulting in him receiving $22,829.39 of Union funds to which he was not entitled.

1

All in violation of Title 29, United States Code, Section 439(a).

                **BARBARA L. McQUADE**
                United States Attorney

                s/Ross MacKenzie
                **ROSS MACKENZIE**
                Assistant United States Attorney
                Chief, Complex Crimes Unit

                s/Graham L. Teall
                **GRAHAM L. TEALL**
                Assistant United States Attorney

Dated:

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☐ No | AUSA's Initials: GLT |

Case Title: USA v. Paul Ruperto Morales II

County where offense occurred: Wayne

Check One:   ☐ Felony     X Misdemeanor     ☐ Petty

____Indictment/__X__Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____
☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**          **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 29, 2012
Date

*/s/ Graham L. Teall*
Graham L. Teall
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9118
Fax: (313) 226-0816
E-Mail address:  graham.teall@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09